# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JORGE AND MARTHA HERNANDEZ,** | § § § | |
| **PLAINTIFF,** | § § | |
| **V.** | § § | |
| **SUSSEX INSURANCE COMPANY F/K/A COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY, WELLINGTON CLAIM SERVICE, INC., WELLINGTON ADJUSTING SERVICES, INC., AND CHRISTOPHER GRIMM,** | § § § § § § § § § | **CIVIL ACTION NO. 5:16-cv-00348-DAE** |
| **DEFENDANTS.** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Settlement, and respectfully notify the Court as follows:

1) On May 25, 2016, Plaintiffs and Defendants entered into an agreement to settle this case.

2) The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before.

3) The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days.

Respectfully submitted,

**MOSTYN LAW**

*/s/ J. Ryan Fowler*

J. Ryan Fowler
State Bar No. 24058357
3810 W. Alabama Street
Houston, Texas  77027
(713) 861-6616 (Office)
(713) 861-8084 (Facsimile)

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 26th day of May, 2016, as follows:

*/s/ J. Ryan Fowler*
J. Ryan Fowler