**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JORGE HERNANDEZ AND** | § | |
| **MARTHA HERNANDEZ,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:16-CV-00348** |
| | § | |
| **SUSSEX INSURANCE COMPANY** | § | |
| **F/K/A COMPANION PROPERTY** | § | |
| **AND CASUALTY INSURANCE** | § | |
| **COMPANY, WELLINGTON CLAIM** | § | |
| **SERVICE, INC., WELLINGTON** | § | |
| **ADJUSTING SERVICES, INC., AND** | § | |
| **CHRISTOPHER GRIMM,** | § | |
| *Defendants*. | § | |

---

**STIPULATION OF DISMISSAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Respectfully submitted,

**MOSTYN LAW**


 _/s/ J. Ryan Fowler_____
J. Ryan Fowler
State Bar No. 24058357
ryan@mostynlaw.com
3810 West Alabama Street
Houston, Texas 77027
(713) 714-0000 (Office)
(713) 714-1111 (Facsimile)

**ATTORNEY FOR PLAINTIFFS**

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

 */s/ George Arnold*
George Arnold
State Bar No. 00783559
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210 (Office)
(713) 403-8299 (Facsimile)

**ATTORNEY FOR DEFENDANTS**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record by electronic filing pursuant to the Federal Rules of Civil Procedure on this the 21st day of July, 2016.

 */s/ J. Ryan Fowler*
J. Ryan Fowler